B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

**Southern District Of Texas**

In re Jagannathan Mahadevan,
Debtor

Case No. 21-30545

Chapter 7

Prem Bikkina
Plaintiff

v.

Jagannathan Mahadevan aka Jagan Mahadevan
Defendant

Adv. Proc. No. 21-03054

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Nathan Oschsner, Clerk of the Court, P.O. Box 61010, Houston, Texas 77:

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Edward C. Casey Jr.
600 Grand Avenue, Suite 305, Oakland, California  94610

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Nathan Ochsner, Clerk of Court

Date: May 7, 2021

s/ H. Lerma
Signature of Clerk or Deputy Clerk

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _Edward C. Casey Jr._ (name), certify that service of this summons and a copy of the complaint was made _May 7, 2021_ (date) by:

- ☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _Jagan Mahadevan_
  _3419 Autumn Bend Drive_
  _Sugar Land, TX 77479-3040_

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _05/07/2021_   Signature _[signed]_

Print Name: _Edward C. Casey Jr_

Business Address: _600 Grand Avenue, Ste. 305_
_Oakland, CA 94610_