United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
|    JAGANNATHAN MAHADEVAN, | § | Case No. 21-30545 |
| | § | |
|    Debtor. | § | Chapter 7 |

| | | |
|---|---|---|
| PRIM BIKKINA, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | Adversary No. 21-03054 |
| | § | |
| JAGANNATHAN MAHADEVAN a/k/a | § | |
| JAGAN MAHADEVAN, | § | |
| | § | |
|    Defendant. | § | |

## FINAL ORDER

ON THIS DATE came on for consideration Defendant Jagannathan Mahadevan's DEFENDANT'S EMERGENCY MOTION TO SUPPLEMENT RECORD ON APPEAL (the "Motion"). Having considered the Motion, any responses thereto, the Court is of the opinion that the Motion should be GRANTED. The Clerk of Court is directed pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(B) to transmit the transcript at ECF No. 264 as a certified supplemental record for the appeal at Case 25-CV-901.

Signed: May 21, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

1